KIRBY, ADMR., APPELLANT, *v.* PIONEER INSURANCE COMPANY ET AL., APPELLEES.

[Cite as *Kirby v. Pioneer Ins. Co.* (2000), 88 Ohio St.3d 1241.]

(No. 99–875—Submitted April 10, 2000—Decided May 24, 2000.)

*Eddie Lawson* and *Thomas B. Kirby,* for appellant.

*Smith, Rolfes & Skavdahl Co., L.P.A., Matthew J. Smith* and *Patricia J. Trombetta,* for appellees.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.